IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE CRUZ, ROBERTO MARTINEZ, and SABINO GONZALEZ on behalf of themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 1:15-cv-10385 |
| VALHALLA TRADING COMPANY d/b/a WAKAMONO, CCC FELLOWSHIP TRADING COMPANY d/b/a PING PONG, and HENRY CHANG, individually | ) ) ) ) ) ) | Hon. Ronald A. Guzman |
| Defendants. | ) | |

## FINAL JUDGMENT IN FAVOR OF JOSE CRUZ

This matter comes before the Court on Plaintiff Jose Cruz's Notice of Acceptance of Defendants' Fed. R. Civ. P. Rule 68 Offer of Judgment [Dkt. No. 13] dated February 16, 2016. On March 1, 2016, Plaintiff Jose Cruz accepted Defendants' Offer of Judgment in the amount $27,084.14 plus reasonable attorneys' fees and costs to date.

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT is entered in favor of Plaintiff Jose Cruz and against Defendants Valhalla Trading Company, CCC Fellowship Trading Company, and Henry Chang, individually in the amount of $27,084.14, plus attorneys fees and costs in the amount of $3,727.00 for a total of **$30,811.14**.

It is ORDERED, ADJUDGED, and DECREED that Plaintiff Jose Cruz recover jointly and severally from Defendants Valhalla Trading Company, CCC Fellowship Trading Company, and Henry Chang, individually in the amount of **$30,811.14**.

It is ORDERED that Plaintiff Jose Cruz is allowed such writs and processes as may be necessary in enforcement and collection of this judgment.

_____
Ronald A. Guzman
United States District Judge

Dated: March 10, 2016